FILED
2014 Jun-12 PM 05:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| QUINTON MCDONALD and SILVESTER MCDONALD, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No.:2:12-cv-4122-JHH ) |
| GC SERVICES LIMITED PARTNERSHIP, et al., | ) ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION TO DISMISS
## DEFENDANT GC SERVICES LIMITED PARTNERSHIP

COMES NOW Plaintiff in the above styled action and requests this Honorable Court to dismiss his claims against Defendant GC Services Limited Partnership <u>only</u> in the above-styled action with prejudice, each party to bear their own costs.  Plaintiff and Defendant GC Services Limited Partnership have come to a resolution in this matter satisfactory to both parties and neither party wishes to continue the litigation of this matter.  Plaintiff reserves his claims as to all other parties not previously dismissed from the instant action.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests this Honorable Court to dismiss all his claims against Defendant GC Services Limited Partnership only with prejudice with each party to bear their own costs.

Respectfully submitted this  12th  day of   June  , 2014.

         _s/Wesley L. Phillips_
         Wesley L. Phillips (PHI053)
         Attorney for Plaintiff

OF COUNSEL:
PHILLIPS LAW GROUP, LLC
Post Office Box 362001
Birmingham, Alabama 35236
Telephone: 205.383.3585
Facsimile: 800.536.0385
Email: wlp@wphillipslaw.com

### CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing on the parties/attorneys of record by filing the foregoing on the CM/ECF filing system which will electronically serve a copy of the foregoing to the parties of record this the 12th  day of   June  , 2014.
.

L. Jackson Young, Jr.
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, AL  35243

Richard E. O'Neal
Assistant United States Attorney
1801 4th Avenue North
Birmingham, AL  35203

         _s/Wesley L. Phillips_
         OF COUNSEL