IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| QUINTON MCDONALD and SILVESTER MCDONALD | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No: 2:12-cv-4122-JHH |
| U.S. DEPARTMENT OF EDUCATION | ) ) ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Come now, the Plaintiffs, Quinton McDonald and Silvester McDonald and the Defendant, United States Department of Education ("DOE") by and through their respective counsel of record and pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure and file this Stipulation of Dismissal. The parties stipulate to the following:

1.  The Plaintiffs' claims that have been asserted against the Defendant are dismissed without prejudice.

Wherefore, the parties stipulate that this case may be dismissed without prejudice.

Consented to and approved on this the 28th day of January, 2015.

                                            Respectfully submitted,

                                            JOYCE WHITE VANCE
                                            United States Attorney

| | |
|---|---|
| /s/ Wesley L. Phillips | /s/ Richard E. O'Neal |
| WESLEY L. PHILLIPS, Esq. | RICHARD E. O'NEAL |
| Phillips Law Group | Assistant United States Attorney |
| Counsel for Plaintiffs | Counsel for Defendant |
| P.O. Box 362001 | 1801 4th Avenue North |
| Birmingham, Alabama 35236 | Birmingham, Alabama 35203 |
| Tel No: (205) 383-3585 | Tel No: (205) 244-2120 |